UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WAYNE WILLIAMS,                          :
         Plaintiff                       :
                                         :
         v.                              :   CIVIL NO. 1:13-cv-1696
                                         :
J. MOTTER,                               :
         Defendant                       :

*O R D E R*

AND NOW, this 28th day of October, 2013, upon consideration of the

thorough and detailed Report and Recommendation (Doc. 6) of Magistrate Judge Susan

E. Schwab filed on September 24, 2013, to which no objections have been filed, it is

Ordered as follows:

1. Plaintiff's application to proceed in forma pauperis is
granted.

2. Plaintiff's complaint is dismissed, without prejudice, for the
reasons set forth in the Report and Recommendation.

3. Plaintiff is granted leave, for thirty (30) days, to file an amended
complaint. Any amended complaint must name the individuals, or
individual, who were deliberately indifferent to Plaintiff's serious medical
needs, and must detail the factual basis for their individual liability to
Plaintiff.

4. Failure to file an amended complaint within the time allotted will cause
this case to be dismissed.


                        /s/ William W. Caldwell
                       William W. Caldwell
                       United States District Judge